## James Matarese, Appellee, v. Jesse B. Benedict, Appellant.

**Gen. No. 45,136.**

Heard in the first division, first district, this court at the April term, 1950. Thomas D. Ahern, for appellant; Lochtan & Wolfe, for appellee; Bernard B. Wolfe, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed October 9, 1950; released for publication November 17, 1950.